UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Zachary Klein, et al., | ) | CASE NO. 5:25CV1999 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| A1 Development, LLC | ) | AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

On April 21, 2026, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 20) recommending that the Court deny Defendant's motion to dismiss (Doc. 11) and grant Defendant's motion to compel individual arbitration (Doc. 12).

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation related to a dispositive motion within fourteen (14) days after service.  No objections were filed within that time frame.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. Defendant's motion to dismiss (Doc. 11) is DENIED.  Defendant's motion to compel individual (Doc. 12) arbitration is GRANTED.   This matter is hereby STAYED pending the completion of

arbitration.  Plaintiffs shall file status reports every 90 days detailing the status of arbitration.  If

no report is filed, this matter will be dismissed for want of prosecution.

IT IS SO ORDERED.

Dated:  <u>May 15, 2026 </u>                                    <u>*/s/ John R. Adams*                           </u>
                                                                         JOHN R. ADAMS
                                                                         UNITED STATES DISTRICT JUDGE